# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOSEPH SILVA,<br><br>　　　　Petitioner,<br>vs.<br>J. YATES, Warden, et al.,<br><br>　　　　Respondent. | CASE NO. 07cv537-WQH (JMA)<br><br>ORDER |

HAYES, Judge:

　　The matter before the Court is the review of the Report and Recommendation (Doc. # 9) filed on March 28, 2008.

　　On March 22, 2007, Petitioner Leslie Joseph Silva, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

　　On August 6, 2007, Respondent filed an Answer.

　　On March 28, 2008, Magistrate Judge Adler issued a Report and Recommendation recommending that the Petition be denied with prejudice. The Magistrate Judge ordered that any may party file written objections to the Report and Recommendation no later than April 30, 2008. No party has filed an objection to the Report and Recommendation.

## STANDARD OF REVIEW

　　The duties of the district court in connection with the Report and Recommendation of a Magistrate Judge are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). The district court may "accept, reject, or modify, in whole or in part, the

findings or recommendations made by the magistrate judge." Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1). Where the parties object to a Report and Recommendation, "[a] judge of the [district] court shall make a de novo determination of those portions of the [Report and Recommendation] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). When no objections are filed, the district court need not review the Report and Recommendation de novo. *Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc).

## CONCLUSION

This Court has reviewed the Report and Recommendation in its entirety. The Court concludes that the Magistrate Judge correctly determined that the Petitioner has not shown that he is entitled to federal habeas relief under the applicable legal standards. The Report and Recommendation filed on March 28, 2008 (Doc. # 9) is adopted by this Court in its entirety.

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DENIED with prejudice. The Clerk of the Court shall enter judgment in favor of Respondent and against Petitioner.

DATED: June 5, 2008

**WILLIAM Q. HAYES**
United States District Judge